# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHEN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DEVRY INC., and | ) | |
| GLOBAL EDUCATION | ) | |
| INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Case No. 08 CV 3280 |
| | ) | |
| UNIVERSITY OF MEDICINE AND | ) | Judge Coar |
| HEALTH SCIENCES - ST. KITTS, | ) | |
| | ) | Magistrate Judge Keys |
| Defendant. | ) | |

## NOTIFICATION OF AFFILIATES PURSUANT TO LOCAL RULE 3.2

Pursuant to Local Rule 3.2, Plaintiffs, DeVry Inc. and Global Education International, Inc., hereby provide the Clerk of the Court with the following information:

1)    Plaintiff DeVry Inc. is a NYSE-listed company.  It has no parent corporations and no publically held company owns more than 10% of its stock.

2)    Plaintiff Global Education International, Inc. is a Barbados corporation.  Its parent corporations, in order of ascending ownership, are International Education Holdings, Inc., Ross University Services, Inc., Dominica Management, Inc. and DeVry Inc.  No other company owns more than 10% of Global's stock.

Respectfully submitted,

DEVRY INC. and GLOBAL EDUCATION
INTERNATIONAL, INC.


Date:   June 9, 2008                    By:_____s/  Mark R. Bagley_____
                                            Arne M. Olson
                                            Kathryn E. Garipay
                                            Mark R. Bagley
                                            OLSON & CEPURITIS, LTD.
                                            20 North Wacker Drive
                                            36th Floor
                                            Chicago, Illinois 60606
                                            (312) 580-1180

                                            Attorneys for Plaintiffs
                                            DEVRY INC. and GLOBAL EDUCATION
                                            INTERNATIONAL, INC.