**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHEN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| DEVRY INC., and ) | | |
| GLOBAL EDUCATION ) | | |
| INTERNATIONAL, INC., ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | Civil Case No. 08 CV 3280 | |
| ) | | |
| UNIVERSITY OF MEDICINE AND ) | Judge Coar | |
| HEALTH SCIENCES - ST. KITTS, ) | | |
| ) | Magistrate Judge Keys | |
| Defendant. ) | | |

**NOTICE OF CLAIMS INVOLVING TRADEMARKS**

Pursuant to Local Rule 3.4, Plaintiffs, DeVry Inc. and Global Education International, Inc., hereby provide the Clerk of the Court with the following information for submission to the Commissioner of Patents and Trademarks pursuant to 15 U.S.C. §1116(c) in connection with the above-identified action for which a complaint was filed on June 6, 2008:

1. **NAMES AND ADDRESSES OF THE PARTIES:**

    **PLAINTIFFS:**

    DeVry Inc.
    One Tower Lane
    Oakbrook Terrace, Illinois 60181

    Global Education International, Inc.
    Parker House
    Wildey Business Park
    Wildey Road
    St. Michael, Barbados

**DEFENDANT:**

University of Medicine and Health Sciences - St. Kitts
460 W. 34th Street, 12th Floor
New York, New York 10001

2. **SERVICE MARKS AND TRADEMARKS AT ISSUE:**

U.S. Trademark/Service Mark Registration No. 2,990,127
U.S. Trademark/Service Mark Registration No. 2,939,564
U.S. Trademark/Service Mark Registration No. 3,043,741
U.S. Trademark/Service Mark Registration No. 3,043,743
U.S. Trademark/Service Mark Registration No. 3,098,546
U.S. Trademark/Service Mark Registration No. 3,237,762

Plaintiff Global Education International, Inc. is the owner of the U.S. Trademark/Service Mark registrations listed above.

Respectfully submitted,

DEVRY INC. and GLOBAL EDUCATION INTERNATIONAL, INC.

Date:   June 9, 2008                    By:   s/ Mark R. Bagley
                                        Arne M. Olson
                                        Kathryn E. Garipay
                                        Mark R. Bagley
                                        OLSON & CEPURITIS, LTD.
                                        20 North Wacker Drive
                                        36th Floor
                                        Chicago, Illinois 60606
                                        (312) 580-1180

                                        Attorneys for Plaintiffs
                                        DEVRY INC. and GLOBAL EDUCATION INTERNATIONAL, INC.