## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

---------------------------------------------------------------- x
**DEVRY INC.** and **GLOBAL EDUCATION INTERNATIONAL, INC.**,

    Plaintiffs,

    v.

**UNIVERSITY OF MEDICINE AND HEALTH SCIENCES—ST. KITTS**,

    Defendant.
---------------------------------------------------------------- x

**Hon. David H. Coar**

**No. 08-CV-3280**

**Magistrate Judge Keys**

## DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant University of Medicine and Health Sciences - St. Kitts ("UMHS") hereby moves this Court to dismiss the Complaint for failure to state a claim upon which relief may be granted and for such other and further relief as to which UMHS may be entitled.

In support of this Motion, UMHS relies on the Complaint and the exhibits thereto and upon its Memorandum of Law in Support of Defendant's Motion To Dismiss the Complaint. The grounds for defendant's motion, as more fully set forth in its memorandum, are that the uses about which plaintiffs complain are uses that are protected, non-infringing uses as a matter of law. Under these circumstances, the case should be dismissed.

27331/000/836530.1

2

Respectfully submitted,

COWAN, LIEBOWITZ & LATMAN, P.C.
J. Christopher Jensen
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200

SMART & BOSTJANCICH

By:   s/ Patricia S. Smart
Patricia S. Smart
John Bostjancich
19 South LaSalle Street
Chicago, Illinois
(312) 857-2424

Attorneys for Defendant

2

27331/000/836530.1

## **CERTIFICATE OF SERVICE**

I hereby certify that service of true and correct copies of Defendant's Motion To Dismiss The Complaint and Notice Of Motion is being accomplished pursuant to ECF as to the following Filing User:

>Arne Olson, Esq.
>OLSON & HIERL, LTD.
>20 North Wacker Drive
>36th Floor
>Chicago, Illinois 60606

this 18h day of July, 2008.

>s/ Patricia S. Smart_____
>PATRICIA S. SMART