## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **DEVRY INC.** and **GLOBAL EDUCATION INTERNATIONAL, INC.**, <br><br> Plaintiffs, <br><br> v. <br><br> **UNIVERSITY OF MEDICINE AND HEALTH SCIENCES—ST. KITTS**, <br><br> Defendant. | **Hon. David H. Coar** <br><br> **No. 08-CV-3280** <br><br> **Magistrate Judge Keys** |

## NOTICE OF MOTION

TO:  Arne M. Olson
 Mark R. Bagley
 OLSON & HIERL, LTD.
 20 North Wacker Drive—36th Floor
 Chicago, Illinois 60606

PLEASE TAKE NOTICE that on Monday, July 28, 2008 at 9:00 a.m., or as soon thereafter as counsel can be heard, the undersigned shall appear before the Honorable David Coar, in Courtroom 1419 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge as may be sitting in his place and stead, and will present Defendant's Motion To Dismiss The Complaint.

27331/000/836530.1

Respectfully submitted,

COWAN, LIEBOWITZ & LATMAN, P.C.
J. Christopher Jensen
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9200

SMART & BOSTJANCICH

By:  s/ Patricia S. Smart
Patricia S. Smart
John Bostjancich
19 South LaSalle Street
Chicago, Illinois
(312) 857-2424

Attorneys for Defendant

2

## CERTIFICATE OF SERVICE

      I hereby certify that service of true and correct copies of Defendant's Motion To Dismiss The Complaint and Notice Of Motion is being accomplished pursuant to ECF as to the following Filing User:

>Arne Olson, Esq.
>OLSON & HIERL, LTD.
>20 North Wacker Drive
>36th Floor
>Chicago, Illinois 60606

this 18h day of July, 2008.

>s/ Patricia S. Smart_____
>PATRICIA S. SMART

27331/000/836530.1