**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

DeVry Inc., et al.

                Plaintiff,

v.                              Case No.:
                                1:08−cv−03280
                                Honorable David H. Coar

University of Medicine and Health Sciences – St. Kitts

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 21, 2008:

      MINUTE entry before the Honorable David H. Coar: Set deadlines as to motion to dismiss [12] : Responses due by 8/12/2008; Replies due by 8/26/2008. MOTION by Defendant University of Medicine and Health Sciences – St. Kitts to dismiss the Complaint [12] is taken under advisement – ruling to issue by mail. Parties need not appear on the presentment date of 7/28/2008. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.